

| | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 60 East 42nd Street, 46th Floor<br>New York, NY 10165<br>212-267-7342 |
|---|---|---|

Defendant: **Stokke, L.L.C.**
Bankruptcy Case: **Bed Bath & Beyond Inc.**
Preference Period: **Jan 23, 2023 - Apr 23, 2023**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823169 | $52,122.13 | 3/17/2023 | 22057192 | 12/2/2022 | $457.34 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823169 | $52,122.13 | 3/17/2023 | 22052896 | 11/23/2022 | $15,848.99 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823169 | $52,122.13 | 3/17/2023 | 22057618 | 12/5/2022 | $35.77 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823169 | $52,122.13 | 3/17/2023 | 22057562 | 12/2/2022 | $457.34 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823169 | $52,122.13 | 3/17/2023 | 22057561 | 12/2/2022 | $228.67 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823169 | $52,122.13 | 3/17/2023 | 22057560 | 12/2/2022 | $686.01 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823169 | $52,122.13 | 3/17/2023 | 22057559 | 12/2/2022 | $1,143.35 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823169 | $52,122.13 | 3/17/2023 | 22057558 | 12/2/2022 | $457.34 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823169 | $52,122.13 | 3/17/2023 | 22057557 | 12/2/2022 | $228.67 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823169 | $52,122.13 | 3/17/2023 | 22057556 | 12/2/2022 | $1,372.02 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823169 | $52,122.13 | 3/17/2023 | 22057620 | 12/3/2022 | $321.93 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823169 | $52,122.13 | 3/17/2023 | 22057193 | 12/2/2022 | $228.67 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823169 | $52,122.13 | 3/17/2023 | 22057621 | 12/5/2022 | $71.54 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823169 | $52,122.13 | 3/17/2023 | 22057191 | 12/2/2022 | $1,143.35 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823169 | $52,122.13 | 3/17/2023 | 22057190 | 12/2/2022 | $457.34 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823169 | $52,122.13 | 3/17/2023 | 22057189 | 12/2/2022 | $457.34 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823169 | $52,122.13 | 3/17/2023 | 22057188 | 12/2/2022 | $457.34 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823169 | $52,122.13 | 3/17/2023 | 22057187 | 12/2/2022 | $228.67 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823169 | $52,122.13 | 3/17/2023 | 22057186 | 12/2/2022 | $228.67 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823169 | $52,122.13 | 3/17/2023 | 22057185 | 12/2/2022 | $686.01 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823169 | $52,122.13 | 3/17/2023 | 22057180 | 12/2/2022 | $35.77 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823169 | $52,122.13 | 3/17/2023 | 22055587 | 11/30/2022 | $1,345.96 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823169 | $52,122.13 | 3/17/2023 | 22052897 | 11/23/2022 | $4,882.65 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823169 | $52,122.13 | 3/17/2023 | 22057555 | 12/2/2022 | $228.67 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823169 | $52,122.13 | 3/17/2023 | 22058095 | 12/3/2022 | $35.77 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823169 | $52,122.13 | 3/17/2023 | 22059679 | 12/7/2022 | $2,691.04 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823169 | $52,122.13 | 3/17/2023 | 22059677 | 12/7/2022 | $2,506.99 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823169 | $52,122.13 | 3/17/2023 | 22059674 | 12/7/2022 | $5,213.15 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823169 | $52,122.13 | 3/17/2023 | 22059345 | 12/7/2022 | $2,891.01 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823169 | $52,122.13 | 3/17/2023 | 22059344 | 12/7/2022 | $1,591.62 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823169 | $52,122.13 | 3/17/2023 | 22059343 | 12/7/2022 | $832.72 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823169 | $52,122.13 | 3/17/2023 | 22059342 | 12/7/2022 | $1,706.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823169 | $52,122.13 | 3/17/2023 | 22058099 | 12/3/2022 | $71.54 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823169 | $52,122.13 | 3/17/2023 | 22058098 | 12/3/2022 | $71.54 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823169 | $52,122.13 | 3/17/2023 | 22057619 | 12/5/2022 | $35.77 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823169 | $52,122.13 | 3/17/2023 | 22058096 | 12/3/2022 | $250.39 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823169 | $52,122.13 | 3/17/2023 | 22059680 | 12/7/2022 | $1,910.61 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823169 | $52,122.13 | 3/17/2023 | 22058094 | 12/3/2022 | $107.31 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823169 | $52,122.13 | 3/17/2023 | 22058093 | 12/3/2022 | $71.54 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823169 | $52,122.13 | 3/17/2023 | 22058092 | 12/3/2022 | $71.54 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823169 | $52,122.13 | 3/17/2023 | 22057628 | 12/5/2022 | $300.21 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823169 | $52,122.13 | 3/17/2023 | 22057627 | 12/3/2022 | $71.54 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823169 | $52,122.13 | 3/17/2023 | 22057626 | 12/3/2022 | $107.31 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823169 | $52,122.13 | 3/17/2023 | 22057625 | 12/3/2022 | $107.31 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823169 | $52,122.13 | 3/17/2023 | 22057624 | 12/5/2022 | $71.54 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823169 | $52,122.13 | 3/17/2023 | 22057623 | 12/3/2022 | $71.54 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823169 | $52,122.13 | 3/17/2023 | 22057622 | 12/5/2022 | $178.85 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823169 | $52,122.13 | 3/17/2023 | 22058097 | 12/3/2022 | $143.08 |

**Totals:** 1 transfer(s), $52,122.13